UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09492
    ERIC C THOMAS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX


            Debtor
    SSN XXX-XX-7250

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/17/2008 and was not confirmed.

    The case was dismissed without confirmation 07/21/2008.
--------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1591.70 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 28226.21 | .00 | .00 |
| LADCO LEASING | UNSECURED | 2144.66 | .00 | .00 |
| MONTEREY COLLECTIONS | UNSECURED | 439.90 | .00 | .00 |
| VILLAGE OF LANSING | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 5075.00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| HARLEY DAVIDSON FININCIA | SECURED VEHIC | 15273.00 | .00 | .00 |
| MATCO TOOLS | SECURED | .00 | .00 | .00 |
| TIDEWATER FINANCE COMPAN | SECURED VEHIC | 12583.00 | .00 | .00 |
| TIDEWATER FINANCE COMPAN | UNSECURED | 329.25 | .00 | .00 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 8530.29 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 392.33 | .00 | .00 |
| MONTEREY COLLECTIONS | SECURED NOT I | 350.00 | .00 | .00 |
| HARLEY DAVIDSON FININCIA | UNSECURED | 306.49 | .00 | .00 |
| WELLS FARGO | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | 16999.98 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,491.50 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 |  |
| PRIORITY |  | .00 |
| SECURED |  | .00 |
| UNSECURED |  | .00 |
| ADMINISTRATIVE |  | .00 |
| TRUSTEE COMPENSATION |  | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 09492 ERIC C THOMAS

```
DEBTOR REFUND                                                   .00
                     ----------------        ----------------
TOTALS                             .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/22/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE